# Third District Court of Appeal
## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D20-1470; 3D21-0737; 3D21-0409
Lower Tribunal No. 19-29733

————————

**Stanislav Fiskin,**
Appellant,

vs.

**Wilmington Trust, N.A., etc.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Abby Cynamon and Charles K. Johnson, Judges.

Cotzen Law, P.A., and Michael L. Cotzen, for appellant.

Fox McCluskey Bush Robison PLLC, and Eric S. Matthew (Stuart), for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.